UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Juan LADRILLO-Pantoja<br>AKA: Manuel QUIROZ Avila,<br>     Hector ESPINOZA-Garcia<br><br>Defendant. | Magistrate Case No.<br>**'08 MJ 0663**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **March 01, 2008,** within the Southern District of California, defendant **Juan LADRILLO-Pantoja** (AKA: Manuel QUIROZ Avila, Hector ESPINOZA-Garcia), an alien, who had previously been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Patricia Vargas, Deportation Officer
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **4th** DAY OF **March 2008.**

UNITED STATES MAGISTRATE JUDGE
**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

# PROBABLE CAUSE STATEMENT

On March 01, 2008, Defendant Juan LADRILLO-Pantoja (AKA: Manuel QUIROZ Avila) was arrested and identified as "Hector Espinoza-Garcia" by the El Cajon California Highway Patrol for the offense of Disorderly Conduct: Drunk, in violation of Section 647(F) of the California Penal Code. While in the custody of county jail, an Immigration Enforcement Agent conducted a field interview and determined the defendant to be a citizen of Mexico. An Immigration Hold (I-247) was placed pending his release from jail.

On March 3, 2008 the defendant was referred to the United States Immigration and Customs Enforcement Field Office in San Diego, California. An Immigration Officer conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed from the United States on at least one occasion.

A thorough review of official immigration computer database record checks revealed that the defendant, Juan LADRILLO-Pantoja (AKA: Hector ESPINOZA-Garcia), has been ordered removed from the United States by an Immigration Judge on or about June 11, 1996, and removed to Mexico, via the Calexico Port of Entry on June 12, 1996. Defendant was also ordered removed from the United States by an Immigration Judge on or about September 09, 1997, and removed to Mexico, via the Nogales, Arizona Port of Entry on the same day. The Automated Biometric Fingerprint Identification System (IDENT) and Automated Fingerprint Identification System (IAFIS) were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Juan LADRILLO-Pantoja, a citizen and national of Mexico. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

All information indicates the defendant is a citizen of Mexico having been previously deported from the United States, and has illegally re-entered the United States after deportation, in violation of Tile 8 of the United States Code 1326, Deported Alien found in the United States.