```
 1  ERICA K. ZUNKEL
    California State Bar No. 229285
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, CA 92101-5008
    (619) 234-8467/Fax: (619) 687-2666
 4  E-Mail: erica_zunkel@fd.org

 5  Attorneys for Juan Ladrillo-Pantoja
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE CATHY ANN BENCIVENGO)**

| UNITED STATES OF AMERICA, | ) Case No. 08MJ0663 |
|---|---|
| Plaintiff, | ) |
| v. | ) **CERTIFICATE OF SERVICE** |
| JUAN LADRILLO-PANTOJA, | ) |
| Defendant. | ) |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:    March 6, 2008            /s/ Erica K. Zunkel
                                   **ERICA K. ZUNKEL**
                                   Federal Defenders of San Diego, Inc.
                                   Attorneys for Juan Ladrillo-Pantoja