**FILED**

MAY 2 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 2008cr0973 |
| Plaintiff, | S U P E R S E D I N G<br>I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor); |
| HECTOR GARCIA-ALCARAZ T/N,<br>aka Juan Ladrillo-Pantoja<br>Defendant. | Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about February 20, 2008, within the Southern District of California, defendant HECTOR GARCIA-ALCARAZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

5/22/08

<u>Count 2</u>

On or about March 1, 2008, within the Southern District of California, defendant HECTOR GARCIA-ALACRAZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: ___5/23/08___.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney