AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **CALIFORNIA**

UNITED STATES OF AMERICA
V.

Hector Garcia-Alcaraz

WAIVER OF INDICTMENT

FILED
MAY 2 3 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CASE NUMBER: 08CR0973-JLS

I, Hector Garcia-Alcaraz, the above named defendant, who is accused of
8 U.S.C. § 1325 (illegal entry - misdemeanor);
8 U.S.C. § 1325 (illegal entry - felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5·23·2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Defendant* Hector Garcia A.

*Counsel for Defendant*

Before _____
*Judge*

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd

16